# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-CV-2275 SRC |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This pro se employment discrimination matter is before the Court on review of the file. Plaintiff filed his complaint on July 29, 2019. Although plaintiff submitted a partial motion to proceed in forma pauperis in conjunction with his complaint, he is required to submit a fully completed copy of the motion in order to proceed as a pauper. As such, plaintiff will be required to submit a newly prepared motion to proceed in forma pauperis within (21) twenty-one days of the date of this Order or pay the full filing fee of $400 within that time.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff an application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee or submit an application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 8th day of August, 2019.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE